

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2021

No. 04-20-00566-CV

**IN THE INTEREST OF A.H., A.W., AND A.L.W., CHILDREN**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02438
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due by December 31, 2020, and appellant filed a motion requesting a twenty-day extension of time.

After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by January 20, 2021**. **Appellant is advised that further extensions of time will be disfavored**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court